# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140804

CITIZENS FOR ENVIRONMENTAL INQUIRY, a
non-profit corporation, and BYRON DELONG,
THOMAS HARKLEROAD, WILLIAM LEWIS,
JOHN PLATH, JEAN VESELENAK, and
CHARLES WINTERS,
            Plaintiffs-Appellants,

v

                                        SC: 140804
                                        COA: 286773
                                        Ingham CC: 08-000114-AW

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
            Defendant-Appellee,

and

MID-MICHIGAN ENERGY, LLC, WOLVERINE
POWER SUPPLY COOPERATIVE, INC., and
CONSUMERS ENERGY COMPANY,
            Intervening Defendants-Appellees.

_____/

        On order of the Court, the application for leave to appeal the February 9, 2010
judgment of the Court of Appeals is considered, and it is DENIED, because we are not
persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

                                                    Clerk

y0830